IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| VISION FILMS, INC., <br>    A California Corporation | ) <br> ) <br> ) | |
|    *Plaintiff,* | ) | Case No. 13-cv-67 |
|           v. | ) | |
| JOHN DOES 1-73 <br>    *Defendants* | ) <br> ) | ***JURY TRIAL DEMANDED*** |

## MOTION TO FOR LEAVE TO ISSUE ANONYMOUS SUMMONS

Plaintiff, Vision Films, by and through its attorney Matthew Lee Stone of the law firm Schneider & Stone, LLP, pursuant to the Federal Rules of Civil Procedure, respectfully moves this Court for leave to issue anonymous summons and states as follows:

1.    The Complaint in this matter was originally filed against John Doe defendants who were indentified primarily by their IP addresses.

2.    As has been explained in the Complaint and previous motions, Plaintiff needed to file its complaint this way so that it could determine the proper identity of the defendants via the issuance of subpoenas to ISPs.

3.    Plaintiff has now determined the identity of the following John Doe defendants which it wishes to issues Summonses to: 9, 50, 56, 58, 59, 61-63, 65, 68-70, and 72.

4.    A Judgment has already been entered against Doe #67, therefore no summons is necessary.

5.    In other matters, this Court has instructed "Bit Torrent" Plaintiffs to issues summonses to John Doe defendants anonymously.

6. The clerk's office of the Northern District will not issue a Summons to a John Doe defendant absent an order to that effect issued by this Court.

7. As such, Plaintiff requests the Court issue an Order specifically requiring that the John Doe defendants Summons be issued in the names of "John Does."

WHEREFORE, Plaintiff asks this Court to enter an Order:

A) Specifically ordering that Summons be issued to John Doe Defendants, and

B) Granting all other relief the Court deems proper.

Respectfully submitted,

/s/ Matthew Lee Stone /s/
One of Attorneys for Plaintiff

Matthew Lee Stone
**SCHNEIDER & STONE**
8424 Skokie Blvd
Suite 200
Skokie, Illinois 60077
ARDC # 6297720
Office: (847) 933 – 9531
Fax: (847) 676-2676