**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Vision Films, Inc. | ) | Case No: 13 C 67 |
| v. | ) | Judge: John W. Darrah |
| Does 1-73 | ) | |

**ORDER**

Status hearing and ruling on motion hearing held. Plaintiff's motion for leave to issue anonymous summons is granted [15]. The clerk shall issue anonymous summons to the John Doe defendants. Status hearing set for 12/10/13 at 9:30 a.m.

(T:) 00:05

Date: 10/15/13                                                                                  /s/ Judge John W. Darrah